NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TROY REEVES,  :
: Civil Action No. 11-4385 (JAP)
        Petitioner,  :
:
        v.  : **MEMORANDUM OPINION**
:
STATE OF NEW JERSEY, et al.,  :
:
        Respondents.  :

**APPEARANCES**:

Petitioner pro se
Troy Reeves
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

**PISANO**, District Judge

    Petitioner Troy Reeves, a prisoner confined at South Woods State Prison in Bridgeton, New Jersey, has filed a Petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging his conviction for robbery and related offenses.

    The filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing. Pursuant to Local Civil Rule 81.2(b), whenever a prisoner submits a petition for writ of habeas and seeks to proceed in forma pauperis, that petitioner must submit (a) an affidavit setting forth information which establishes that the petitioner is unable to pay the fees and costs of the

proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's institutional account during the six-month period prior to the date of the certification.  If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed <u>in forma pauperis</u>.  Local Civil Rule 81.2(c).

Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a).

Petitioner submitted an application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a)(1); however, Petitioner failed to submit a certified institutional account statement.

In addition, the Court notes that Petitioner submitted only the first page of the Petition and that the Petition fails to name a proper respondent, that is, the warden of the institution where he is confined.  <u>See</u> Rule 2, Rules Governing Section 2254 Cases in the United States District Courts.

## CONCLUSION

For the reasons set forth above, Petitioner's application for leave to proceed <u>in forma pauperis</u> will be denied without prejudice and the Clerk of the Court will be ordered to administratively terminate the Petition without prejudice. Petitioner will be granted leave to move to re-open within 30

days, by either prepaying the filing fee or submitting a complete application for leave to proceed in forma pauperis.

An appropriate Order will be entered.

/s/ Joel A. Pisano
Joel A. Pisano
United States District Judge

Dated: September 7, 2011

3